CHELSIE L. TALCOTT (029050)
JACK H. HIRSCH (012190)
HIRSCH and LYON, PLLC
1212 E. Osborn Rd.
Phoenix, AZ  85014
(602) 264-7700
Attorneys for Plaintiff
Chelsie@hlaccidentlaw.com
Jack@hlaccidentlaw.com

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| EDUARDO MURRIETA, a single man, | No. |
| Plaintiff, | |
| vs. | **C O M P L A I N T** |
| | **(Tort Motor Vehicle)** |
| DANIEL FREDERICK BAKER and JANE DOE BAKER, husband and wife; UNITED STATES OF AMERICA, | **JURY TRIAL DEMANDED** |
| Defendants. | |

Plaintiff, by and through Counsel undersigned, hereby alleges:

**JURISDICTION**

**I.**

This is a claim for money damages against Defendant **UNITED STATES OF AMERICA** under the Federal Tort Claims Act (FTCA) 28 U.S.C. §§2671-2680 arising out of claimed negligent acts of **DANIEL FREDERICK BAKER**, an employee of the government who was a member of the Department of Justice of the United States of America.

**II.**

This Court has exclusive jurisdiction of this civil action pursuant to 28 U.S.C. §1346(b)(1) which is a civil action for claims against Defendant **UNITED STATES OF AMERICA** for personal injury and loss of property caused by the negligent acts of Defendant **DANIEL FREDERICK BAKER**, an employee of the government while acting within the course and scope of his employment, under circumstances where Defendant **UNITED STATES OF AMERICA** , if a private person, would be liable to the Plaintiff under the law of Arizona where the acts occurred.

**III.**

Prior to filing suit, Plaintiff presented the claim demanding a total of $16,500.00 with the appropriate federal agency which claim was received by the agency more than six (6) months ago.  That agency, the Federal Bureau of Investigation, U.S. Department of Justice, has failed to make a final disposition of the claim which Plaintiff now deems as denied.  Plaintiff has elected to proceed thereon as allowed by Federal Tort Claims Act (FTCA) 28 U.S.C. §§2671-2680.

**IV.**

At all times relevant hereto, Defendant **DANIEL FREDERICK BAKER** caused events to occur in the State of Arizona, County of Maricopa, out of which Plaintiff's cause of action arises.  At all times relevant hereto, Defendant **DANIEL FREDERICK BAKER** was married to Defendant **JANE DOE BAKER** acting on behalf of his marital community, comprised of himself and Defendant **JANE DOE BAKER**.

## VENUE

### V.

Venue is proper as a substantial part of the acts or omissions giving rise to the claim occurred in this judicial district.  28 U.S.C. §1391(b)(2).

## STATEMENT OF FACTS AND LEGAL THEORIES

### VI.

At the time of the events alleged in this Complaint, Defendant **DANIEL FREDERICK BAKER**, believed to be an agent of the Federal Bureau of Investigation, was acting within the scope of his employment with the U.S. Department of Justice and under circumstances where Defendant **UNITED STATES OF AMERICA** , if a private person, would be liable to the Plaintiff in accordance with the law of Arizona.

### VII.

The events alleged in this Complaint occurred on June 26, 2019, at or near the intersection of SR 101 and milepost 50, in Maricopa County, Arizona, which is within this Federal District.  At that time, Defendant **DANIEL FREDERICK BAKER** was operating a motor vehicle and caused the same to collide with a motor vehicle being operated by Plaintiff.

### VIII.

At the time of the events alleged herein, Plaintiff was driving northbound on SR 101 when Defendant **DANIEL FREDERICK BAKER**, driving in a parallel lane to Plaintiff, made an unsafe lane change and collided with Plaintiff's vehicle.  The collision from Defendant **DANIEL FREDERICK BAKER** cause Plaintiff to lose control and

collide with a third vehicle being operated by Manuel Ramirez Castillo. At all times relevant hereto, Plaintiff was lawfully within his own lane.

## IX.

At the date, time and location described hereinabove, Defendant **DANIEL FREDERICK BAKER**, an employee of Defendant **UNITED STATES OF AMERICA**, failed to use reasonable care under the circumstances in breach of the duty owed to Plaintiff to use reasonable care in the operation of his vehicle thereby causing Plaintiff injuries and damages which negligence is imputed to Defendant **UNITED STATES OF AMERICA**.

## CAUSATION / DAMAGES

## X.

As direct and proximate result of the negligence of Defendant **DANIEL FREDERICK BAKER** as alleged above, Plaintiff sustained personal injuries including, but not limited to acute stress disorder, cervical sprain/strain, thoracic sprain/strain, lumbar sprain/strain, sacroiliac sprain, hip sprain/strain, knee sprain/strain, cervical intersegmental dysfunction, thoracic intersegmental dysfunction, lumbar intersegmental dysfunction, sacroiliac intersegmental dysfunction, post-traumatic headache, restricted range of motion, muscle spasm, myalgia, and abdominal pain, all of which caused Plaintiff pain, suffering, distress, mental and emotional anguish and anxiety and a general decrease in the quality of life.

**XI.**

As direct and proximate result of the negligence of Defendant **DANIEL FREDERICK BAKER** as alleged above, Plaintiff has incurred expenses for medical care and treatment in an amount of not less than $5,087.75.

**XII.**

As direct and proximate result of the negligence of Defendant **DANIEL FREDERICK BAKER** as alleged above, Plaintiff has incurred property damage related losses in an amount of not less than $500.00 for the damages to his vehicle.

**PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff prays for Judgment against Defendants as follows:

1. In the amount of $5,087.75 for medical expenses incurred to date;

2. In the amount of $500.00 for property damage related losses incurred to date;

3. For additional general damages including, but not limited to pain and suffering and any other elements of general damages as may be proven at the time of trial not to exceed $10,912.25;

4. For such other relief as the Court deems appropriate; and,

5. For interest on any Judgment from the date entered until paid in full.

**JURY TRIAL DEMANDED**

DATED this 11th day of November, 2020.

By __/s/ Jack H. Hirsch_____
JACK H. HIRSCH
Attorney for Plaintiff